IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01423-MSK-BNB

WILLIAM LAWRENCE,
COLORADO CROSS-DISABILITY COALITION,
COLORADO ASSOCIATION OF THE DEAF,

Plaintiff,

v.

CITY OF ENGLEWOOD, COLORADO, INCLUDING ITS POLICE DEPARTMENT,
GRAYSON ROBINSON, in his official capacity as Sheriff of Arapahoe County, Colorado,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Plaintiffs' Unopposed Motion to Amend Scheduling Order Regarding Joinder of Parties and Amendment of Pleadings** [docket no. 21, filed September 17, 2012] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the deadline for joinder of parties and amendment of pleadings is now on or before **October 5, 2012**.

DATED:  September 20, 2012