IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01423-MSK-BNB

WILLIAM LAWRENCE,
COLORADO CROSS-DISABILITY COALITION,
COLORADO ASSOCIATION OF THE DEAF,

Plaintiff,

v.

CITY OF ENGLEWOOD, COLORADO, INCLUDING ITS POLICE DEPARTMENT,
GRAYSON ROBINSON, in his official capacity as Sheriff of Arapahoe County, Colorado,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

　　　This matter is before the Court on the **Plaintiffs' Motion for Stay, or, in the Alternative, Extension of Deadline of Joinder of Parties and Amendment of Pleadings** [docket no. 28, filed October 5, 2012] (the "Motion").

　　　IT IS ORDERED that the Motion is GRANTED as to extending the deadline for joinder of parties and amendment of pleadings, up to and including **November 5, 2012**.


DATED:  October 5, 2012