IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action:    12-cv-01423-MSK-BNB | Date: November 14, 2012 |
| Courtroom Deputy:    Julie Dynes | FTR: BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| WILLIAM LAWRENCE<br>COLORADO CROSS-DISABILITY COALITION<br>COLORADO ASSOCIATION OF THE DEAF<br>           **Plaintiff(s)** | *Kevin W. Williams*<br>*Andrew C. Montoya* |
| v. | |
| CITY OF ENGLEWOOD, COLORADO<br>GRAYSON ROBINSON<br>           **Defendant(s)** | *Courtney B. Kramer*<br>*Edward M. Caswall* |

**COURTROOM MINUTES**

**MOTION HEARING**

Court in Session: 10:01 a.m.

Appearance of counsel.

Argument presented on [37] Plaintiff's Motion for Leave to File Second Amended and Class Action Complaint.

**ORDERED:**   **[37] Plaintiff's Motion for Leave to File Second Amended and Class Action Complaint is GRANTED, Clerk of Court is directed to accept amended complaint for filing.**

Court in Recess: 10:21 a.m.   Hearing concluded.   Total time in Court: 00:20

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119