IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 12-cv-01423-MSK-BNB

WILLIAM LAWRENCE,
TERESA FEKANY,
COLORADO CROSS-DISABILITY COALITION,
COLORADO ASSOCIATION OF THE DEAF,

Plaintiffs,

v.

CITY OF ENGLEWOOD, COLORADO, including its police department, and
GRAYSON ROBINSON, in his official capacity as Sheriff of Arapahoe County, Colorado,

Defendants.

---

**ORDER**

---

This matter arises on **Plaintiff's Motion for Leave to File Second Amended and Class Action Complaint** [Doc. # 37, filed 10/25/2012] (the "Motion to Amend"). I held a hearing on the Motion to Amend this morning and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1) The Motion to Amend [Doc. # 37] is GRANTED;

(2) The Clerk of the Court is directed to accept for filing the Second Amended and Class Action Complaint [Doc. # 37-1]; and

(3) The case caption is modified as indicated above.

Dated November 14, 2012.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge