IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No.: 12-cv-01423-MSK-BNB

WILLIAM LAWRENCE,
TERESA FEKANY,
COLORADO CROSS-DISABILITY COALITION,
COLORADO ASSOCIATION OF THE DEAF,

    Plaintiffs,

v.

CITY OF ENGLEWOOD, COLORADO, including its police department, and
GRAYSON ROBINSON, in his official capacity as Sheriff of Arapahoe County, Colorado,

    Defendants.

---

## ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER

---

This matter arises on the Parties' Joint Motion to Amend Scheduling Order [Doc. # 51, filed November 20, 2012] (the "Motion to Amend").

IT IS ORDERED that the Motion to Amend is GRANTED. The following Scheduling Order deadlines and limitations are amended as follows:

| Deadline or Limitation | Prior Deadline or Limitation | Amended Deadline or Limitation |
|---|---|---|
| Discovery Cut-off | February 7, 2013 | March 1, 2013 |
| Affirmative Rule 26(a)(2) Disclosures | November 21, 2012 | January 4, 2013 |
| Rebuttal Rule 26(a)(2) Disclosures | December 21, 2012 | February 4, 2013 |
| Plaintiff's Opening Brief in Support of Class Certification | December 7, 2012 | January 7, 2013 |
| Limitation on Number of Depositions | 10 | 20 |
| Limitation on Number of | 25 | 50 |

| | | |
|---|---|---|
| Interrogatories for Plaintiffs and Defendant Robinson | | |
| Limitation on Number of Requests for Production for Plaintiffs and Defendant Robinson | 25 | 50 |

The increase in the numbers of interrogatories and requests for production shall apply only to Plaintiffs seeking discovery against Defendant Robinson and to Defendant Robinson seeking discovery against Plaintiffs, and shall not apply to Defendant Englewood.

Dated November 28th, 2012.

BY THE COURT:

_____
United States Magistrate Judge