IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 12-cv-01423-MSK-BNB

WILLIAM LAWRENCE,
TERESA FEKANY,
COLORADO CROSS-DISABILITY COALITION,
COLORADO ASSOCIATION OF THE DEAF,

Plaintiffs,

v.

CITY OF ENGLEWOOD, COLORADO, including its police department, and
GRAYSON ROBINSON, in his official capacity as Sheriff of Arapahoe County, Colorado,

Defendants.

_____

**ORDER**
_____

This matter arises on the parties' **Joint Motion to Stay Discovery and Scheduling Order Deadlines** [Doc. # 62, filed 12/10/2012] (the "Motion to Stay"), which is GRANTED.

I am informed that the parties are close to reaching a resolution of the case, and they expect to reach such a resolution on or before January 14, 2013.

IT IS ORDERED:

(1)  The Motion to Stay [Doc. # 62] is GRANTED. The case is STAYED to and including January 14, 2013; and

(2)  On or before January 14, 2013, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a), or a status report addressing why dismissal has not been accomplished, informing the court of the status of the case, and addressing whether the stay should be lifted.

Dated December 10, 2012.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge