IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01423-MSK-BNB

WILLIAM LAWRENCE,
TERESA FEKANY,
COLORADO CROSS-DISABILITY COALITION,
COLORADO ASSOCIATION OF THE DEAF,

Plaintiff,

v.

CITY OF ENGLEWOOD, COLORADO, INCLUDING ITS POLICE DEPARTMENT,
GRAYSON ROBINSON, in his official capacity as Sheriff of Arapahoe County, Colorado,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Plaintiffs' Unopposed Motion to Continue Deadline for Submission of Dismissal Papers or Status Report** [docket no. 65, filed January 9, 2013] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed.R.Civ.P. 41(a) on or before **January 22, 2013**, or a status report addressing why dismissal has not been accomplished.

DATED:  January 10, 2013