IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 12-cv-01423-MSK-BNB

WILLIAM LAWRENCE,
TERESA FEKANY,
COLORADO CROSS-DISABILITY COALITION, a Colorado non-profit organization, and
COLORADO ASSOCIATION OF THE DEAF, a Colorado non-profit organization,
    On behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

CITY OF ENGLEWOOD, COLORADO, INCLUDING ITS POLICE DEPARTMENT, and
GRAYSON ROBINSON, in his official capacity as Sheriff of Arapahoe County, Colorado,

    Defendants.

---

## STATUS REPORT

---

Pursuant to this Court's Order [Doc. # 67, entered 1/10/ 2013], the parties hereby submit this Status Report.

Since the time the Court granted the parties' Joint Motion to Stay Discovery and Scheduling Order Deadlines ("Joint Motion"), *see* Order [Doc. # 64, entered 12/10/2012], the parties and the attorney for the Department of Justice ("DOJ") have been actively involved in settlement negotiations. After all parties and DOJ counsel met on November 29, 2012, DOJ counsel has conferred with all parties and drafted a proposed settlement agreement for each of the defendants. Those draft agreements were provided to the parties on January 4, 2013. The parties have been meeting with their respective clients and have conferred by email and

telephone multiple times.  The parties recently reached agreement regarding the monetary claims made and now are working out the final details of policy changes the Sheriff and Englewood Police Department will make.  Plaintiffs, DOJ counsel and the Sheriff had a meeting scheduled for this Wednesday, January 23, 2013 to finalize their agreement, but DOJ counsel was called away for a family emergency, and the meeting will be rescheduled next week.

In short, the parties and DOJ counsel are nearing final resolution and just need a little more time to finalize the agreements.  All of the reasons given for requesting the stay provided in the Joint Motion remain true, and, because the parties believe final resolution is imminent, the stay should be continued.

WHEREFORE, the parties respectfully request this Court extend the stay currently in place until February 28, 2013 to ensure the parties have sufficient time to resolve the remaining few issues for settlement.

Respectfully submitted this 22nd day of January, 2012

 */s/ Kevin W. Williams*  
Kevin W. Williams  
Andrew C. Montoya  
Colorado Cross-Disability Coalition  
655 Broadway, Suite 775  
Denver, CO 80203  
Telephone:  (303) 839-1775  
Facsimile: (303) 839-1782  
E-mail: kwilliams@ccdconline.org  
E-mail: amontoya@ccdconline.org  
*Attorneys for Plaintiff*

 */s/ Edward M. Caswall*  
Edward M. Caswall  
Assistant County Attorney  
Arapahoe County Attorney's Office  
5334 South Prince Street  
Littleton, Colorado 80120-1136  
E-mail: ecaswall@co.arapahoe.co.us  
*Attorney for Defendant Robinson*

*/s/ Eric Ziporin*  
Eric Ziporin  
Courtney Kramer  
Senter Goldfarb & Rice, LLC  
1700 Broadway, Suite 1700  
Denver, Colorado 80290  
E-mail: eziporin@sgrllc.com  
E-mail: ckramer@sgrllc.com  
*Attorneys for Defendant Englewood*

## CERTIFICATE OF SERVICE

      I hereby certify that on January 22, 2012, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will provide electronic service to the following:

      Edward M. Caswall
      ECaswall@co.arapahoe.co.us

      Eric Ziporin
      Courtney B. Kramer
      EZiporin@sgrllc.com
      CKramer@sgrllc.com

      */s/ Briana McCarten*
      Briana McCarten
      CCDC Legal Program Assistant