IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01423-MSK-BNB

WILLIAM LAWRENCE,
TERESA FEKANY,
COLORADO CROSS-DISABILITY COALITION, and
COLORADO ASSOCIATION OF THE DEAF,

    Plaintiffs,

v.

CITY OF ENGLEWOOD, COLORADO, including its Police Department, and
GRAYSON ROBINSON, in his official capacity as Sheriff of Arapahoe County, Colorado,

    Defendants.

_____

**STIPULATED MOTION TO DISMISS WITH PREJUDICE**
_____

    Plaintiffs William Lawrence, Teresa Fekany, Colorado Cross-Disability Coalition and Colorado Association of the Deaf ("Plaintiffs"), Defendant Grayson Robinson, in his official capacity as Sheriff of Arapahoe County, Colorado, and Defendant City of Englewood, Colorado ("Defendants"), by and through their respective counsel, hereby submit their Stipulated Motion to Dismiss with Prejudice.  In support hereof, Plaintiffs and Defendants state that they have resolved all issues as between them that are the subject of the above-captioned action to their mutual and full satisfaction.

    WHEREFORE, Plaintiffs and Defendants move this Court for an Order dismissing all claims and this matter as the same applies to Defendants with prejudice, each party to bear its own costs and expenses, including all attorney fees.

Respectfully submitted this 27th day of March 2013.

| | |
|---|---|
| */s/ Kevin W. Williams* | */s/ Edward M. Caswall* |
| Kevin W. Williams | Edward M. Caswall |
| Andrew C. Montoya | Assistant County Attorney |
| Colorado Cross-Disability Coalition | 5334 S. Prince Street |
| 655 Broadway, Suite 775 | Littleton, CO 80120-1136 |
| Denver, CO 80203 | Telephone: (303) 795-4639 |
| Telephone: (303) 839-1775 | Facsimile: (303) 738-7836 |
| Facsimile: (303) 839-1782 | E-mail: jcaswall@co.arapahoe.co.us |
| E-mail: kwilliams@ccdconline.org | |
| E-mail: amontoya@ccdconline.org | *Attorney for Defendant Robinson* |
| | |
| *Attorneys for Plaintiffs* | */s/ Eric Ziporin* |
| | Eric Ziporin |
| | Courtney Kramer |
| | Senter Goldfarb & Rice, LLC |
| | 1700 Broadway, Suite 1700 |
| | Denver, Colorado 80290 |
| | E-mail: eziporin@sgrllc.com |
| | E-mail: ckramer@sgrllc.com |
| | |
| | *Attorneys for Defendant Englewood* |

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of March 2013, I electronically filed the foregoing **Stipulated Motion to Dismiss with Prejudice** with the Clerk of Court using the CM/ECF system, which will provide electronic service to the following:

Jed Caswall
ecaswall@arapahoegov.com

Eric Ziporin
Eziporin@sgrllc.com
Courtney Kramer
Ckramer@sgrllc.com


　　　　　　　　　　　　　　　　　　　　*s/ Jon Eric Stuebner*
　　　　　　　　　　　　　　　　　　　Jon Eric Stuebner
　　　　　　　　　　　　　　　　　　　Legal Program Assistant
　　　　　　　　　　　　　　　　　　　Colorado Cross-Disability Coalition