IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 12-cv-01423-MSK-BNB

WILLIAM LAWRENCE;
COLORADO CROSS-DISABILITY COALITION, a Colorado non-profit organization;
COLORADO ASSOCIATION OF THE DEAF, a Colorado non-profit organization, on behalf of themselves and all others similarly situated,

        Plaintiffs,

v.

CITY OF ENGLEWOOD, COLORADO, including its Police Department;
GRAYSON ROBINSON, in his official capacity as Sheriff of Arapahoe County, Colorado,

        Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court on the Stipulated Motion to Dismiss With Prejudice (Motion) **(#72)** fled March 27, 2013.  Having reviewed the Motion.

**IT IS ORDERED** that the Motion is **GRANTED** and any and all claims asserted between the parties are hereby dismissed, with prejudice, each party to bear his, her or its own attorneys' fees and costs.

DATED this 11th day of April, 2013.

        **BY THE COURT:**

        *Marcia S. Krieger*
        _____

        Marcia S. Krieger
        Chief United States District Judge